IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-02067-PAC-OES

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, and
UNION PACIFIC RAILROAD COMPANY,

      Plaintiff(s),

v.

ROGER TINKLENBERG, the Director of Finance of Commerce City, Colorado, and
CITY OF COMMERCE CITY, COLORADO,

      Defendant(s).

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal with Prejudice [filed June 29, 2005], it is

HEREBY **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorneys' fees.

Dated:  June 30, 2005

                                        BY THE COURT:

                                        s/ Patricia A. Coan
                                        PATRICIA A. COAN
                                        United States Magistrate Judge